**Dismissed and Memorandum Opinion filed December 30, 2025**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00203-CV

**LATONIA ANNETTE GRUBBS, Appellant**

**V.**

**SONYA LYNN PALMER, Appellee**

**On Appeal from the 201st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-FM-25-002633**

## MEMORANDUM OPINION

On October 28, 2025, appellant Latonia Annette Grubbs filed a pro se notice of appeal in this case. On November 19, 2025, appellant filed a request to withdraw her appeal. This Court subsequently issued a letter on November 26, 2025 informing the parties that it will dismiss this appeal unless one of the parties objects to the request on or before December 8, 2025. We have not received an objection or any other response from one of the parties. Accordingly, we **GRANT** appellant's request and **DISMISS** this appeal. Tex. R. App. P. 42.1(a).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.